IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIA LOTT | : | CIVIL ACTION |
| | : | NO. 10-04088 |
| v. | : | |
| | : | |
| THE CHILDREN"S HOSPITAL OF PHILADELPHIA | : | |
| | : | |

## **ORDER**

AND NOW, this 22nd day of December, 2010, upon consideration of defendant's motion to dismiss plaintiff's complaint and all responses thereto, it is ORDERED that defendant's motion is GRANTED and plaintiff's complaint is DISMISSED without prejudice. Plaintiff may file an amended complaint alleging facts sufficient to state a claim against defendant within 21 days from the date of this Order.

                                                           *s/Thomas N. O'Neill, Jr.*
                                                      THOMAS N. O'NEILL, JR., J.